IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GREGORY WILSON                                                                                   PLAINTIFF

VS.                                                      CIVIL ACTION NO.  3:06cv175-HTW-LRA

SHERIFF MALCOLM E. McMILLAN                                                          DEFENDANT

### ORDER RESCINDING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

By previous Order dated November 28, 2006, this Court ordered the Superintendent of the Central Mississippi Correctional Facility to transport Gregory Wilson to the James O Eastland United States Courthouse, 245 E. Capitol Street, Jackson, Mississippi on Wednesday, January 31, 2007 at 1:30 p.m.   This case has now been reassigned to U.S. Magistrate Judge Linda R. Anderson.  An omnibus hearing will be conducted at a later date before the Magistrate Judge to whom it is now assigned.  The writ should therefore be rescinded.

IT IS, THEREFORE, ORDERED that the Writ of Habeas Corpus Ad Testificandum is hereby rescinded.

IT IS FURTHER ORDERED **that the Clerk of the Court shall send a copy of this Order to the Superintendent of the Central Mississippi Correctional Facility.**

SO ORDERED this the 11th day of January, 2007.

*s/Linda R. Anderson*
UNITED STATES MAGISTRATE JUDGE