**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

GREGORY L. WILSON                                                                                      PLAINTIFF

vs.                                                                            Civil Action No. 3:06-cv-175 HTW-LRA

SHERIFF MALCOLM E. McMILLIN                                                            DEFENDANT


**FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that defendant's motion to dismiss, or in the alternative, for summary judgment [docket # 35] is granted and this action is dismissed with prejudice.

**SO ORDERED, THIS THE 28th day of September, 2007.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**